**Opinion issued April 18, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-12-00586-CV

_____

**JENNIFER BARGAINER, INDIVIDUALLY, AS ADMINISTRATOR OF THE ESTATE OF VERNON JORDAN, AND AS PARENT OF EDWIN NIEVES, KIRSTEN BARGAINER, AND KEVIN BARGAINER; KEITH BARGAINER; KEIRON BRISBANE; AND SHAYNE BRISBANE,** Appellants

### V.

**THE NEXUS SPECIALISTS HOSPITAL, D/B/A NEXUS HEALTH SYSTEMS, INC., AND DANIELE THOMAS,** Appellees

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1,003,099**

---

## MEMORANDUM OPINION

The parties have filed an agreed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.